UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

               Plaintiff,

v.                                            Case No. 04-CR-248 (RTR)

JEFFERSON N. CALIMLIM,
and ELNORA M. CALIMLIM,

               Defendants.

## GOVERNMENT'S MOTION FOR DETENTION

The United States of America moves for the detention of Jefferson N. Calimlim and Elnora M. Calimlim pursuant to Title 18, U.S.C. § 3142. The government is requesting that a detention hearing be scheduled pursuant to 18 U.S.C. § 3142(f). The government's reasons for requesting the defendants' detention will be set forth at the hearing.

Dated at Milwaukee, Wisconsin this 22nd day of March, 2005.

                                                     Respectfully submitted,

                                                   STEVEN M. BISKUPIC
                                                 United States Attorney

               By:

                                                 s/ TRACY M. JOHNSON
                                                 Assistant United States Attorney
                                                 Tracy M. Johnson Bar Number: 1023069
                                                 Attorney for Plaintiff
                                                 Office of the United States Attorney
                                                 Eastern District of Wisconsin
                                                 517 East Wisconsin Avenue, Room 530
                                                 Milwaukee, WI 53202
                                                 (414) 297-1580; (414) 297-1738 (fax)
                                                 E-Mail: tracy.johnson@usdoj.gov