

**GIMBEL·REILLY·GUERIN·BROWN**

POWERFUL LEGAL REPRESENTATION

Writer's Direct E-mail
tbrown@grgblaw.com

August 22, 2005

Honorable Rudolph T. Randa
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

```
FILED
U.S. DISTRICT COURT EAST DIST WISC.
AUG 2 4 2005
AT_____ O'CLOCK_____ M
SOFRON B. NEDILSKY
```

    Re:    *United States v. Jefferson Calimlim*
            Case No. 04-CR-248

Dear Judge Randa:

    On behalf of my client Jefferson Calimlim and his wife Elnora Calimlim, I hereby request that you grant them permission to travel outside the Eastern District of Wisconsin from September 24, 2005 through September 28, 2005. Dr. Calimlim would like to attend the annual meeting of the Academy of Otolaryngology and Head and Neck Surgery. This meeting gives him the opportunity to earn his continuing medical education credits to keep his medical license in good standing.

    Dr. Calimlim will be staying at The Kawada Hotel, 200 South Hill Street, Los Angeles, California.

    I contacted United States Attorney Tracy Johnson and she does not have any objections to this travel request. If acceptable to you, please enter a margin order granting this travel request for the Calimlims. Thank you for your anticipated consideration of this request.

                                          Very truly yours,

                                          THOMAS E. BROWN

TEB/dkk

    cc:    Assistant United States Attorney Tracy Johnson
            Mr. Jefferson Calimlim
*crimcalimlimtravelrequest2005-08-09*

TWO PLAZA EAST
SUITE 1170
330 E. KILBOURN AVE.
MILWAUKEE, WI 53202
P: 414-271-1440
F: 414-271-7680
WWW.GRGBLAW.COM



MILWAUKEE