

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

*517 East Wisconsin Avenue*  *414 / 297-1700*
*Milwaukee, WI 53202*

May 5, 2006

The Honorable Rudolph T. Randa
United States District Judge
517 East Wisconsin Avenue, Room 310
Milwaukee, WI 53202

        Re:    <u>United States v. Calimlim</u>
               Case No. 04-CR-248

Dear Judge Randa:

      This morning the government e-filed its trial brief in the above-referenced case (R. 151). It has come to my attention that one of the defendant's names, Jefferson M. Calimlim, was missing from the caption of this document. While the trial brief was electronically attached to all three defendants through the ECF filing system, and all three defense attorneys have received electronic notification of the filing of this document, I wanted to write the Court so that there is no question that this brief applies to all three defendants.

      If the Court has any questions regarding this matter, please do not hesitate to contact me.

                        Very truly yours,

                        STEVEN M. BISKUPIC
                        United States Attorney

           By:

                        s/ TRACY M. JOHNSON
                        Assistant United States Attorney
                        Tracy M. Johnson Bar Number: 1023069
                        Attorney for Plaintiff
                        Office of the United States Attorney
                        Eastern District of Wisconsin
                        517 East Wisconsin Avenue, Room 530
                        Milwaukee, WI 53202
                        Telephone: (414) 297-1580
                        Fax: (414) 297-1738
                        E-Mail: tracy.johnson@usdoj.gov