UNITED STATES OF AMERICA,

                  Plaintiff,

    v.                                     Case No.  04-CR-248 (RTR)

JEFFERSON N. CALIMLIM,
 ELNORA M. CALIMLIM, and
JEFFERSON M. CALIMLIM

                  Defendants.

## MOTION IN LIMINE

       The United States of America, by and through undersigned counsel, moves the Court to limit questioning on the cross-examination of Juan and Ceferina Martinez that will elicit testimony regarding an injunction with a prayer for temporary restraining order, filed in the Republic of the Philippines on behalf of Jefferson N. And Elnora M. Calimlim.  The government is seeking to restrict testimony that may make Attorney Thomas Brown a witness.

       In November 2004, the government learned of contacts between Juan and Ceferina Martinez and Reynaldo and Evangelina Mendoza, that the government interpreted as an attempt to influence the victim's and her parents' testimony.  The Court was notified of the contact by the government at the next hearing and a request was made that there be no contact with the victim or any government witnesses.  On or about June 8, 2005, a petition was filed in the regional trial court in Quezon City, Philippines.  *See* Exhibit A (discovery pages 1653-1675).  The petition sought to enjoin Juan and Ceferina Martinez, along with their relatives, from having contact with, or communicating with, Reynaldo and Evangelina Mendoza, along with their relatives.  The Martinezes during subsequent interviews denied ever harassing the Mendozas.  The Mendozas are related to

defendant Elnora Calimlim.  In support of the petition, a letter authored by Attorney Thomas Brown was attached.

The government is concerned that questions presenting on cross-examination to the Martinezes may lead to responses related to the petition.  The government is seeking to limit any questioning that may lead to Attorney Brown being identified as a witness.

Respectfully submitted at Milwaukee, Wisconsin, this 11th day of May, 2006.

STEVEN M. BISKUPIC
United States Attorney

By:

s/TRACY M. JOHNSON
Assistant United States Attorney
Tracy M. Johnson Bar Number: 1023069
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
(414) 297-1580; (414) 297-1738 (fax)
E-Mail: tracy.johnson@usdoj.gov

and

WAN I. KIM
Assistant Attorney General
Civil Rights Division

By:

s/SUSAN L. FRENCH
Trial Attorney
Susan L. French Bar Number: 14141 (Virginia)
Attorney for Plaintiff
United States Department of Justice
Civil Rights Division, Criminal Section
601 D Street, N.W.
Washington, DC 20530
(202) 514-5298; (202) 514-8336 (fax)
E-mail: susan.french@usdoj.gov

2