ORIGINAL

U.S. DIST. COURT EAST DIST. WISC
FILED
MAY 2 6 2006
AT_____ O'CLOCK _____M
SOFRON B. NEDILSKY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                                  Case No. 04-CR-248

ELNORA M. CALIMLIM,

        Defendant.

## VERDICT

We, the jury, duly impaneled and sworn, for our verdict in the above-entitled action find the Defendant, ELNORA M. CALIMLIM,

    __Guilty__ (GUILTY/NOT GUILTY) of the offense charged in Count One of the Superseding Indictment.

We, the jury, duly impaneled and sworn, for our verdict in the above-entitled action find the Defendant, ELNORA M. CALIMLIM,

    __Guilty__ (GUILTY/NOT GUILTY) of the offense charged in Count Two of the Superseding Indictment.

We, the jury, duly impaneled and sworn, for our verdict in the above-entitled action find the Defendant, ELNORA M. CALIMLIM,

_____Guilty_____ (GUILTY/NOT GUILTY) of the offense charged in Count Three of the Superseding Indictment.

If you find the Defendant, ELNORA M. CALIMLIM, not guilty of the offense of harboring an alien for private financial gain or if you cannot unanimously agree that Defendant, ELNORA M. CALIMLIM, is guilty of that offense, then consider and answer this verdict relating to harboring an alien.

We, the jury, duly impaneled and sworn for our verdict in the above-entitled action find the Defendant, ELNORA M. CALIMLIM,

_____ (GUILTY/NOT GUILTY) of the offense of harboring an alien.

We, the jury, duly impaneled and sworn, for our verdict in the above-entitled action find the Defendant, ELNORA M. CALIMLIM,

_____Guilty_____ (GUILTY/NOT GUILTY) of the offense charged in Count Four of the Superseding Indictment.

Dated at Milwaukee, Wisconsin, this 26th day of May, 2006.

_____
FOREPERSON

_____
Printed Name of Foreperson